DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**GARY LEIF MYHRE,**
Appellant,

v.

**WALDO H. CARKHUFF,** et al.,
Appellees.

No. 4D2025-2424

[June 4, 2026]

Appeal from the Circuit Court for the Fifteenth Judicial Circuit, Palm Beach County; Samantha Schosberg Feuer, Judge; L.T. Case No. 502017CP000359XXXXMB.

Gary Leif Myhre, Boca Raton, pro se.

Alvin S. Goldstein of Furr and Cohen, P.A., Boca Raton, for appellee.

PER CURIAM.

*Affirmed.*

KUNTZ, C.J., LEVINE and SHAW, JJ., concur.

\* \* \*

***Not final until disposition of timely-filed motion for rehearing.***